UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BASATNE INTERNATIONAL, LLC,**

   Plaintiff,

v.                                   No. 4:24-cv-01235-P

**STANLEY RANDALL TEELE,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with Notice of Voluntary Dismissal, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **7th day of March 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE